# EXHIBIT PP

# invictus law

360 South Technology Court, Suite 200, Lindon, UT 84042 – Phone: 801.854.9212 – Fax: 801.415.9340 – InvictusPC.com

**Philip L. Martin**
Admitted in CO, FL & UT
philip@invictuspc.com

10 November 2015

*Via U.S. Mail*
Lions Fan, LLC
Michael Hampshire
202 Fallbrook Drive
Plano, TX 75094

Re:   **NOTICE OF MATURITY OF LOAN**

Dear Michael Hampshire:

This is notification to you that the loan that you have with Insider's Cash, LLC, has now matured. According to Insider's Cash, they have previously notified you that the loan, identified below, was set to expire and that you needed to take action – but you have failed to do so. As such, you are in breach of your repayment obligations.

As you are well aware, the loan was an interest only loan with the principal due at the end of the term. The principal, interest, and remaining late charges and penalties that have accrued because of missed or late payments are well overdue. The loan was for the purchase of property located at: 18740 Glenhurst Street, which matured on 10/11/2015, for the original amount of $40,300.00 with additional interest and penalties accruing every day. **YOU NEED TO PAY THE LOAN OFF IMMEDIATELY OR CONTACT INSIDER'S CASH IMMEDIATELY AT 801-341-3096 OR LENDING@INSIDERSCASH.COM TO DISCUSS YOUR OPTIONS, INCLUDING AN EXTENSION OF YOUR LOAN.**

When we pursue legal action, it will negatively impact you. Furthermore, your contractual obligations for the loan indicate that you are responsible for all the attorney's fees and costs expended in collecting on the defaulted agreement. As the costs of litigation can quickly escalate, it would be advisable that you resolve this without requiring us to take those measures.

**You must act immediately to resolve this unpaid loan.** If the loan is not resolved in full with within ten (10) days from the date of this letter, we will have no alternative but to exercise the lender's rights and remedies under the law to enforce such payment by instituting foreclosure proceedings. A foreclosure proceeding will seek not only the amounts due under the loan, together with penalties and interest, but also the costs and attorney fees incurred to recover what it is owed.

Sincerely,

Invictus Law, PLLC

Philip L. Martin, Esq.

cc: Lender

**This is an attempt to collect a debt. Any information obtained will be used for that purpose. Unless you dispute the validity of the debt, or any portion thereof, within 30 days of your receipt of this letter, the debt will be assumed to be valid. If the dispute is received in writing, debt verification, or a copy of judgment, will be obtained and mailed to you. If requested in writing within 30 days of receipt of this letter, the original creditor's name and address will be provided.**