# EXHIBIT RR

# Invoice

**Invictus Law, PC**
Ph. 801.854.9212
Fx. 801.415.9340
PO Box 2492

*PO Box 2492
Orem, UT 84059*

| Date | Invoice # |
|---|---|
| 11/30/2015 | 7818 |

FEIN 27-1396831

**Bill To**
RE Investor 702, LLC

*Pd 12/14/15
CK# 3000
RE Investor 702*

Payment due upon receipt.

| Date | Description | Hrs/Qty | Rate | Amount |
|---|---|---|---|---|
| 11/25/2015 | 15515 Prevost<br>Escrow services to complete property transfer and associated paperwork for 15515 Prevost from borrower to lender; Title report, reference A01215676 | | 690.00 | 690.00 |

**EXHIBIT E**

Wire Transfer Instructions:
Zions Bank 620 East Main Street, Lehi, UT 84043
ABA: 124000054
Account #: 561 02601 4
Please send notification of wire to accounting@invictus.com

| Total | $690.00 |
|---|---|
| Payments/Credits | $0.00 |
| Customer Total Balance | $690.00 |

164